```
 1  PITE DUNCAN, LLP
    STEVEN W. PITE (NV Bar #008226)
 2  EDDIE R. JIMENEZ (NV Bar #10376)
    525 E. Main Street
 3  P.O. Box 12289
    El Cajon, CA 92022-2289
 4  Telephone: (702) 413-9692
    Facsimile: (619) 590-1385
 5  E-mail: ecfnvb@piteduncan.com

 6  ABRAMS & TANKO, LLLP
    MICHELLE L. ABRAMS (NV Bar #005565)
 7  3085 S. Jones Blvd., Suite C
    Las Vegas, NV 89146
 8
    Attorneys for   Secured Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
 9                  INC., SOLELY AS NOMINEE FOR FMF CAPITAL LLC, its successors and/or
                    assigns
10                       UNITED STATES BANKRUPTCY COURT

11                              DISTRICT OF NEVADA
```

| | |
|---|---|
| 12  In re | Bankruptcy Case No. BK-S-07-16645-LBR<br>Chapter 7 |
| 13  LISA MARIE CHONG, | |
| 14      Debtor(s). | DECLARATION OF IN SUPPORT OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FMF CAPITAL LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001)<br><br>Date: March 14, 2008<br>Time: 10:00 a.m. |

19      I, Faatima Straggans, declare:

20      1.      I am employed as a bankruptcy specialist for Homecomings Financial, LLC ("HFN"). HFN is the authorized servicing agent for Creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FMF CAPITAL LLC, its successors and/or assigns ("Movant"). In this capacity, I am one of the custodians of the books, records, files and banking records of Movant, as those books, records, files and banking records pertain to the loans and extensions of credit by Movant to Lisa Marie Chong ("Debtor"). I have personally worked on said books, records, files and banking records and, as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from HFN and Movant's business records, which were made at or about the time of the events which were recorded, and which are maintained

1  in the ordinary course of HFN and Movant's business.

2      2.    As the loan servicer, HFN, acts as an agent for the principal lender/investor and is responsible for the administration of the loan from the time the proceeds are dispersed to the borrower(s) until the loan is paid in full. Administering the loan includes sending monthly payment statements, collecting monthly payments, notarizing records of payments and balances, collecting and paying taxes and insurance (and managing escrow and impound funds), remitting funds to the principal lender under the Note and Deed of Trust, following up on loan delinquencies, working out loan modifications and/or other loss mitigation agreements, and other general customer service functions.

3.    On or about August 25, 2005, Debtor, for valuable consideration, made, executed and delivered to Movant a Note in the principal sum of $211,032.00 (the "Note"). Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments commencing October 1, 2005, and continuing until September 1, 2035, when all outstanding amounts are due and payable.

4.    On or about August 25, 2005, the Debtor made, executed and delivered to Movant a Deed of Trust (the "Deed of Trust") granting Movant a security interest in real property commonly described as 6014 Secret Island Dr, Las Vegas Nevada 89139 (the "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust was recorded on August 31, 2005, in the Official Records of Clark County, State of Nevada. A true and correct copy of the Deed of Trust is attached to Movant's Motion for Relief from Automatic Stay as exhibit B and incorporated herein by reference.

5.    The Deed of Trust provides on page 1, paragraph (C) that FMF Capital LLC is the lender under the Note and Deed of Trust.

6.    The Deed of Trust provides on page 1, paragraph (E) that Mortgage Electronic Registration Systems, Inc. ("MERS") is a separate corporation that is acting solely as nominee for Lender and Lender's successors and assigns. Paragraph (E) further provides that MERS is the beneficiary under the Note and Deed of Trust. A true and correct copy of the Deed of Trust is attached to Movant's Motion for Relief from Automatic Stay as exhibit B.

/././

7. On or about October 15, 2007, Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, and Lenard E. Schwartzer was appointed as the Chapter 7 Trustee.

8. Debtor's Statement of Intent indicates it is the intent of the Debtor to surrender the Real Property in full satisfaction of Movant's secured claim. A true and correct copy of the Debtor's Statement of Intent is attached to Movant's Motion for Relief from Automatic Stay as exhibit D and incorporated herein by reference.

9. The Debtor is in default of her obligations under the Note for failure to make payments both pre and post-petition.

10. On our about January 14, 2008, Movant filed a Motion for Relief from the Automatic Stay in the Las Vegas Division of the United States Bankruptcy Court for the District of Nevada. Pursuant to the equity analysis provided in Movant's Motion for Relief from the Automatic Stay, at the time of filing the Motion for Relief from Automatic Stay, there was $<40,498.11> equity in the Subject Property. The hearing on Movant's Motion was initially scheduled for February 23, 2008, at 10:00 a.m.

11. Notwithstanding the negative equity in the Subject Property and Debtor's intent to surrender the Subject Property, on January 16, 2008, the Chapter 7 Trustee filed an Opposition to Movant's Motion for Relief from Automatic Stay.

12. The hearing on Movant's Motion has been continued to March 14, 2008, at 10:00 a.m. for Movant to provide the Court with the explanation provided herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26 day of February, at Horsham, Pennsylvania.



- 3 -