

**Entered on Docket
March 28, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

In re:  ) Case No. BK-S-07-16645-LBR
            ) Chapter 7
LISA MARIE CHONG,  )
            )
      Debtor(s).  )
            ) DATE: June 9, 2008
            ) TIME: 1:30 p.m.
            )

### ORDER SETTING HEARING

A hearing having been held;

IT IS HEREBY ORDERED that a continued hearing on the Motion for Relief from Stay filed by Mortgage Electronic Registration Systems, Inc. ("MERS") will be held in the above entitled case on June 9, 2008 at 1:30 p.m. before Bankruptcy Judges Linda B. Riegle in **Courtroom #2** at the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada. Judges Riegle, Markell and Nakagawa will all be sitting at these hearings; however each judge will hear his/her own cases.

IT IS FURTHER ORDERED THAT briefs will be due by MERS by May 1, 2008; trustee's response will be due by May 15, 2008; and MERS response will be due by May 27, 2008.

Copies noticed through ECF to:
    Eddie Jiminez
    Lenard Schwartzer
    David Winterton
    UST