

**Entered on Docket
March 31, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re | Case No. BK-S-07-16645-LBR |
| LISA MARIE CHONG, | Chapter 7 |
| Debtor(s). | DATE: August 19, 2008<br>TIME: 3:30 p.m. |

ORDER DENYING MOTION TO LIFT STAY

For the reasons announced in *In re Mitchell*, #07-16226, the motion to lift-stay as brought is denied.

IT IS SO ORDERED.

Copies noticed through ECF to:

EDDIE R. JIMENEZ
MATTHEW JOHNSON
LENARD SCHWARTZER
U.S. TRUSTEE

Copies noticed through BNC to:

LISA MARIE CHONG
1515 ANGEL FALLS ST.
LAS VEGAS, NV 89142